UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

The Albert Fadem Trust, et al.  **JUDGMENT IN A CIVIL CASE**
Case Number 2:02-cv-1045
     Plaintiff  Judge Algenon L. Marbley

    v.

American Electric Power Company
Company, et al.

     Defendant

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court**.  This action came to trial before the Court. The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court without trial or hearing.**

    **IT IS ORDERED AND ADJUDGED that this case is DISMISSED with prejudice.**


**September 10, 2004**             **JAMES BONINI**
Date                                  Clerk


                                            s/Beverly J. White
                                            Deputy Clerk